IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:24-CV-101-KDB-DCK

LOWE'S HOME CENTERS, LLC,

        Plaintiff,

    v.

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,

        Defendant.

**NOTICE OF SETTLEMENT**

## **NOTICE OF SETTLEMENT**

Plaintiff Lowe's Home Centers, LLC and Defendant Indemnity Insurance Company of North America jointly file this Notice of Settlement, and would respectfully show the Court as follows:

The parties have reached a settlement agreement in principle to fully and finally settle the above-referenced matter between Plaintiff and Defendant. The parties are working to finalize the terms of the settlement, and expect to file dismissal documents with the Court upon execution.

Accordingly, the parties respectfully request that the case be removed from the Jury Trial setting that is currently scheduled for August 10, 2026.

        Respectfully Submitted,

*On behalf of Plaintiff Lowe's Home Centers, LLC*

ROBINSON BRADSHAW & HINSON, PA

By: */s/ Steven DeGeorge*
R. Steven DeGeorge
N.C. State Bar No. 20723
sdegeorge@robinsonbradshaw.com
600 South Tryon Street Suite 2300
Charlotte, NC 28210
(704) 377-8380

Amber S. Finch (admitted *pro hac vice*)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA, 90071
(213) 457-8000
afinch@reedsmith.com

Dominic I. Rupprecht (admitted *pro hac vice*)
Stephanie E. Gee (admitted *pro hac vice*)
Elizabeth L. Taylor (admitted *pro hac vice*)
Alexa L. Austin (admitted *pro hac vice*)

REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222
(412) 288-3131
drupprecht@reedsmith.com
sgee@reedsmith.com
etaylor@reedsmith.com
aaustin@reedsmith.com

*On behalf of Defendant Indemnity Insurance Company of North America*

NORTON ROSE FULBRIGHT US LLP

By: */s/ Manuel Mungia*
Manuel Mungia, Texas Bar No. 24060310
(*Admitted pro hac vice*)
manuel.mungia@nortonrosefulbright.com
Chad Schreiber, Texas Bar No. 24085732
(*Admitted pro hac vice*)
chad.schreiber@nortonrosefulbright.com
Paige Jansen, Texas Bar No. 24083935
(*Admitted pro hac vice*)
page.jansen@nortonrosefulbright.com
Crystal Vogt, Texas Bar No. 24048768
(*Admitted pro hac vice*)
crystal.vogt@nortonrosefulbright.com

Frost Tower
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
Telephone:     (210) 224-5575
Facsimile:      (210) 270-7205

-AND-

By: */s/ Christopher M. Hinnant*
BARNWELL WHALEY PATTERSON & HELMS, PLLC
Christopher M. Hinnant
N.C. State Bar No. 24297
chinnant@banwell-whaley.com
Jessica W. Stratta
N.C. State Bar No. 59030
jstratta@barnwell-whaley.com

720 N. 3rd Street, Suite 301
Wilmington, NC 28401
Telephone:   (910) 679-1388
Facsimile:    (843) 577-7708

2